# United States Bankruptcy Court
## Southern District of Florida, Miami Division

In re  **The Selfie Room Franchises LLC**  
Debtor(s)

Case No. **1:23-bk-14556**  
Chapter **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Erika Klotz**<br>900 West Ave Apt 1231<br>Miami Beach, FL 33139-5217 | **Limited Partner** | 100 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 15, 2023**

Signature **/s/ Erika Klotz**  
**Erika Klotz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.